In the Matter of GREATER JAMAICA DEVELOPMENT CORPORATION et al., Respondents, v NEW YORK CITY TAX COMMISSION et al., Appellants.

Submitted February 2, 2015; decided February 12, 2015

Motion by New York State Conference of Mayors and Municipal Officials for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed.

Judges STEIN and FAHEY taking no part.